# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

**DENNIS S. CINTRON,**

      **Plaintiff,**

**v.**                                        **Case No: 6:22-cv-1912-WWB-EJK**

**KA WAH TRADING INC.,**

      **Defendant.**

## ORDER

This cause comes before the Court on the Joint Motion for Entry of Order Approving Settlement and Dismissing Case with Prejudice (the "Motion"), filed April 14, 2023. (Doc. 18.) On April 27, 2023, the parties consented to a magistrate judge's consideration of this dispositive motion. (Doc. 20.) This Motion was referred by an Order of Reference on May 2, 2023. (Doc. 21.)

The proposed settlement involves a compromise of Plaintiff's claims; therefore, the Court must review the reasonableness of the proposed settlement. *See Lynn's Food Stores, Inc. v. U.S. Dept' of Labor*, 679 F.2d 1350 (11th Cir. 1982). Having reviewed the settlement agreement, the Court finds that the proposed settlement is a reasonable compromise of a bona fide dispute between the parties represented by competent counsel. *Id.* The Court finds that the agreed-upon fees and costs to be paid to Plaintiff's counsel were determined independently, did not affect the payment to Plaintiff, and otherwise appear to be reasonable. *See Bonetti v. Embarq Mgmt. Co.*, Case No. 06:07-CV-1335, 2009 WL 2371407 (M.D. Fla. Aug. 4, 2009).

Accordingly, it is **ORDERED** that the Joint Motion for Entry of Order Approving Settlement and Dismissing Case with Prejudice (Doc. 18) is **GRANTED**. The settlement agreement is **APPROVED**, and this case is **DISMISSED** with prejudice.

**DONE** and **ORDERED** in Orlando, Florida on May 16, 2023.

EMBRY J. KIDD
UNITED STATES MAGISTRATE JUDGE